**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DISTRICT OF COLUMBIA

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capital Consulting LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Tharseo IT** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1729825** |
| 4. | **Debtor's address** | **Principal place of business**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020**<br>Number, Street, City, State & ZIP Code<br>**District of Columb**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.TharseoIT.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Capital Consulting LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5415**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Capital Consulting LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Capital Consulting LLC** Case number (*if known*)
Name

[redacted] **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2026**
MM / DD / YYYY

***X*** **/s/ Amit Bahadur**
Signature of authorized representative of debtor

**Amit Bahadur**
Printed name

Title **President**

---

**18. Signature of attorney**

***X*** **/s/ Augustus T. Curtis**
Signature of attorney for debtor

Date **August 14, 2026**
MM / DD / YYYY

**Augustus T. Curtis**
Printed name

**Offit Kurman, P.A.**
Firm name

**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
Number, Street, City, State & ZIP Code

Contact phone **240-507-1756** Email address **augie.curtis@offitkurman.com**

**993228 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Capital Consulting LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) __________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* __________
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration **Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2026**

*X* **/s/ Amit Bahadur**
Signature of individual signing on behalf of debtor

**Amit Bahadur**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Capital Consulting LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DISTRICT OF COLUMBIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aegis IT Consulting<br>1574 Circulo Brindisi<br>Chula Vista, CA 91915 | | Subcontractor | | | | $48,160.00 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79990 | | credit card | | | | $80,266.10 |
| D2Sol Inc<br>703 Slater Rd Ste 300<br>Morrisville, NC 27560 | | Subcontractor | Unliquidated<br>Disputed | | | $195,000.00 |
| Data Pioneer, Inc.<br>366 North Broadway Suite # PHW3<br>Jericho, NY 11753 | | Subcontractor | Disputed | | | $57,060.00 |
| DLT Solutions LLC<br>2411 Dulles Corner Park, Suite 800<br>Herndon, VA 20171 | | 90 days or less: Accounts receivable | | $1,155,402.88 | $441,387.43 | $1,038,291.45 |
| DN Eley Technology Services LLC<br>326 Panora Way<br>Upper Marlboro, MD 20774 | | Subcontractor | | | | $16,110.00 |
| E-twins Technologies LLC<br>11921 Freedom Dr., Ste 550<br>Reston, VA 20190 | | Subcontractor | | | | $43,900.00 |
| Fourthsquare LLC<br>300 Decker Dr Ste 335<br>Irving, TX 75062 | | Subcontractor | Disputed | | | $22,950.00 |

Debtor **Capital Consulting LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Indizen LLC<br>2 Devine Lane<br>Southborough, MA 01772** | | **Subcontractor** | **Unliquidated<br>Disputed** | | | **$14,895.00** |
| **IntelliLink Technologies, Inc.<br>5 Independence way, Suite 140<br>Princeton, NJ 08540** | | **Subcontractor** | | | | **$37,500.00** |
| **Kimoha Technologies Private Ltd<br>A-207, Tower A, 2nd Floor<br>Bestech Business Towers<br>Sector 66 Mohali<br>INDIA** | | **Vendor** | | | | **$16,465.27** |
| **Molina Technologies LLC<br>13800 Coppermine Rd 1st floor<br>Herndon, VA 20171** | | **Subcontractor** | | | | **$17,880.00** |
| **Niveus Systems, Inc.<br>11308 Hearth Court<br>Great Falls, VA 22066** | | **Vendor** | | | | **$114,944.00** |
| **Oracle<br>2300 Oracle Way<br>Austin, TX 78741** | | **Vendor** | **Unliquidated<br>Disputed<br>Subject to Setoff** | | | **$1,715,000.00** |
| **RSS Technologies LLC<br>2680 Technology Dr.<br>Louisville, KY 40299** | | **Subcontractor** | | | | **$23,560.00** |
| **Stro Tech LLC<br>2712 Scarlet Oak Dr<br>Pearland, TX 77581** | | **Subcontractor** | | | | **$11,360.00** |
| **Vertex Analytics, Inc.<br>160 Chapel Rd.<br>Manchester, CT 06042** | | **Subcontractor** | | | | **$15,915.00** |
| **Visum, Inc.<br>1859 Amberwood Manor Ct.<br>Vienna, VA 22182** | | **Subcontractor** | | | | **$18,040.00** |
| **Vital Solutions Inc.<br>24811 Lenah Crossing Dr.<br>Aldie, VA 20105** | | **Subcontractor** | **Unliquidated<br>Disputed** | | | **$42,500.00** |

Debtor **Capital Consulting LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Whitehedge Technologies Private Limited 33 Wood Ave South, Suite #600 Iselin, NJ 08830** | | **Subcontractor** | | | | **$56,705.00** |

# United States Bankruptcy Court
## District of District of Columbia

In re **Capital Consulting LLC** Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amit Bahadur**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020** | | **36.21** | **Membership Interest** |
| **Casey Carter**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020** | | **6** | **Membership Interest** |
| **Eric Wimer**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020** | | **34.79** | **Membership interest** |
| **Mike Tenreiro**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020** | | **8** | **Membership Interest** |
| **William Young**<br>**1205 Marion Barry Ave, Ste 203**<br>**Washington, DC 20020** | | **5** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 14, 2026**

Signature **/s/ Amit Bahadur**
**Amit Bahadur**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Aegis IT Consulting
1574 Circulo Brindisi
Chula Vista, CA 91915

Alcorn State University
1000 ASU Dr 1169
Lorman, MS 39096

American Express
P.O. Box 981535
El Paso, TX 79990

Amit Bahadur
1205 Marion Barry Ave, Ste 203
Washington, DC 20020

Ashok
Plot no.4, Second Cross Street
Dhurkka Nagar, Kompakkam
Villianur Commune Panchayat
Pondicherry, Pondicherry 605110 India

Astra AI LLC
3732 Millpond Ct
Fairfax, VA 22033

Central Oregon Community College
2600 NW College Way
Bend, OR 97701

CloudBytes Tech LLC
3951 Medio Creek Dr.
Prosper, TX 75078

D2Sol Inc
703 Slater Rd Ste 300
Morrisville, NC 27560

Data Pioneer, Inc.
366 North Broadway
Suite # PHW3
Jericho, NY 11753

DC Health
2201 Shannon Place SE
5th Floor
Washington, DC 20020

DC OCTO
DC Office of the CTO
200 I St. SE
Washington, DC 20003

DLT Solutions LLC
2411 Dulles Corner Park, Suite 800
Herndon, VA 20171

DN Eley Technology Services LLC
326 Panora Way
Upper Marlboro, MD 20774

E-twins Technologies LLC
11921 Freedom Dr., Ste 550
Reston, VA 20190

Emporia State University
1 Kellog Circle
Emporia, KS 66801-5415

Enlightened, Inc.
1205 Marion Barry Ave, SE, Suite 300
Washington, DC 20020

Eric Wimer
1205 Marion Barry Ave, Ste 203
Washington, DC 20020

Expedent Corp
3 Ethel rd, Ste 304A
Edison, NJ 08817

Florida Dept. of Management Services
4050 Esplanade Way
Tallahassee, FL 32399

Four Points Technology-Air Force Service
13221 Woodland Park Road, Suite 400
Herndon, VA 20171

Fourthsquare LLC
300 Decker Dr Ste 335
Irving, TX 75062

Friedman, Framme & Thrush P.A.
Attn: Alexandra Cobb, Esq.
10461 Mill Run Circle, Suite 550
Owings Mills, MD 21117

General Services Administration
1800 F St NW
Washington, DC 20405

Ikeda Innovations
1100 Kyle Court
Chesapeake, VA 23322

Indizen LLC
2 Devine Lane
Southborough, MA 01772

IntelliLink Technologies, Inc.
5 Independence way, Suite 140
Princeton, NJ 08540

Joseph Cella
750 Park Avenue
Bound Brook, NJ 08805

Kalamazoo Valley Community College
Texas Township Campus
Dock 1, 6767 West O Ave
Kalamazoo, MI 49009

Kapitus LLC
500 Wilson Boulevard Suite 350
Arlington, VA 22201

Kimoha Technologies Private Ltd
A-207, Tower A, 2nd Floor
Bestech Business Towers
Sector 66 Mohali INDIA

LinkedIn Corporation
1000 West Maude Avenue
Sunnyvale, CA 94085

Maryland State Treasury
Maryland 529
217 E. Redwood Street
Suite 1350
Baltimore, MD 21202

Molina Technologies LLC
13800 Coppermine Rd 1st floor
Herndon, VA 20171

NASA/Information Technology Procurement
Office Solutions for Enterprise-Wide Pro
7601 Ora Glen Dr
Greenbelt, MD 20770

Niveus Systems, Inc.
11308 Hearth Court
Great Falls, VA 22066

North Carolina Dept. of Transportation
1501 Mail Service Center
Raleigh, NC 27699-1501

OMA4 LLC
2450 Atlanta Hwy, Suite 1303
Cumming, GA 30040

Oracle
2300 Oracle Way
Austin, TX 78741

Precise Data Solutions
423 46th Street B
Richmond, CA 94805

Roosevelt University
430 S Michigan Ave
Chicago, IL 60605-1315

RSS Technologies LLC
2680 Technology Dr.
Louisville, KY 40299

SHI International Corp.
290 Davidson Ave.
Somerset, NJ 08873

Smartronix, LLC (SMX)
44150 Smartronix Way, Suite 200
Hollywood, MD 20636

Stro Tech LLC
2712 Scarlet Oak Dr
Pearland, TX 77581

Tarun Gupta
B-1204A, Maxblis Sector 75
Noida, Noida 201301 India

Texas A&M International University
5201 University Blvd
Laredo, TX 78041

The Blue Water Group Inc.
PO Box 382
Hampstead, NC 28443

Vaaraahi Tech LLC
No: 120 , Ground Floor
Vengadathri Nagar
Mudichur, Chennai - 600048 INDIA

ValorTech.AI LLC
8314 Meadowlark Lane
Bethesda, MD 20817

Vertex Analytics, Inc.
160 Chapel Rd.
Manchester, CT 06042

Visum, Inc.
1859 Amberwood Manor Ct.
Vienna, VA 22182

Vital Solutions Inc.
24811 Lenah Crossing Dr.
Aldie, VA 20105

Wells Fargo
P.O. Box 14411
Des Moines, IA 50306

West Virginia State Tax Department
2019 Washington Street East
Post Office Box 50130
Charleston, WV 25305-0130

Whitehedge Technologies Private Limited
33 Wood Ave South, Suite #600
Iselin, NJ 08830

WSSC Water
14501 Sweitzer Lane
Laurel, MD 20707

WV Office of the Insurance Commissioner
PO Box 50540
Charleston, WV 25305-0540

# United States Bankruptcy Court
## District of District of Columbia

In re **Capital Consulting LLC** Case No. ____
Debtor(s) Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Capital Consulting LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 14, 2026**
Date

**/s/ Augustus T. Curtis**
**Augustus T. Curtis**
Signature of Attorney or Litigant
Counsel for **Capital Consulting LLC**

**Offit Kurman, P.A.**
**7501 Wisconsin Ave, Suite 1000W**
**Bethesda, MD 20814**
**240-507-1756 Fax:240-507-1735**
**augie.curtis@offitkurman.com**